ations for leave to appeal from Appellate Term denied, with $10 costs in each case. Orders signed.

GORSKI, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by A. Frank Gorski, as administrator, etc., against the International Railway Company. PER CURIAM. Judgment and order affirmed, with costs. WILLIAMS, J., dissents. SPRING, J., not sitting.

In re GRADE DAMAGE COMMISSION. In re KURZMAN. In re KRATZER. (Supreme Court, Appellate Division, First Department. February 11, 1909.) In the matter of the Grade Damage Commission. In the matter of Kurzman. In the matter of Kratzer. No opinions. Motions granted. Settle orders on notice.

GREALISH, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Ellen F. Grealish, as administratrix, etc., against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, and motion for reargument denied, on the ground that the trial appears to have been conducted on the theory that the decedent was sui juris at the time of the accident. See, also, 114 N. Y. Supp. 582.

GREENWALD v. WEIR. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Isaac Greenwald against Levi C. Weir. No opinion. Motion granted. Order filed.

GRIFFIN, Respondent, v. MALLORY, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by Frank Griffin against Martha A. Mallory, impleaded with others. PER CURIAM. Interlocutory judgment affirmed, with costs. ROBSON, J., not sitting.

GRIFFIN, Respondent, v. MALLORY, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by Frank Griffin against Martha A. Mallory, impleaded with others. PER CURIAM. Orders affirmed, without costs. ROBSON, J., not sitting.

GROSS, Respondent, v. KATHAIRO CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Frank Gross against the Kathairo Chemical Company. No opinion. Motion denied.

GULF BREWING CO., Respondent, v. COLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by the Gulf Brewing Company against Levi Cole and another. PER CURIAM. Judgment and order affirmed, with costs. McLENNAN, P. J., not sitting.

HAHN, Respondent, v. NATIONAL MORTGAGE CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Henrietta Hahn against the National Mortgage Company. G. P. Fall, for appellant. B. D. Whedon, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

HAIGHT, Respondent, v. LEAVITT et al., Appellants. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by William C. Haight against Rufus E. Leavitt and another. P. M. Turner, for appellants. F. Friedman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HANNIGAN, Respondent, v. BAINBRIDGE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Stephen A. Hannigan, an infant, etc., against C. Herbert Bainbridge and another. No opinion. Order affirmed, with $10 costs and disbursements.

HARGRAVE, Appellant, v. NEW YORK CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Harry Hargrave against the New York Contracting Company. M. S. Bevins, for appellant. J. C. Toole, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed

HAROLD, Respondent, v. CONTRACTORS' SUPPLY & EQUIPMENT CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by James J. Harold against the Contractors' Supply & Equipment Company, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

HARRIS v. ACHILLES. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Arthur Harris, as administrator, etc., against Elizabeth A. Achilles, as administratrix, etc. No opinion. Motion granted, so far as to modify judgment previously entered therefrom the provision as to costs. See, also, 114 N. Y. Supp. 855.

In re HART. (Supreme Court, Appellate Division, First Department. February 5, 1909.) In the matter of Joseph D. Hart. No opinion. There appears to be no necessity for a further reference in this proceeding. The parties may be heard orally, if they so desire, on Friday,